

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/17/2023__

222 Bloomingdale Road
Suite 200
White Plains, NY 10605
P: (914) 304-4353
F: (914) 304-4378
www.schwabgasparini.com

Michael G. Del Vecchio, Esq.
Partner
Direct Dial: (914) 458-3792
mdelvecchio@schwabgasparini.com

**MEMO ENDORSED**

October 17, 2023

**Via Email to: RomanNYSDChambers@nysd.uscourts.gov**
Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

> Re: Kimberly Parker, as Administratrix of the Estate of
> Charles Joseph Parker, Jr. v. City of Port Jervis, et al.
> Docket No.: 7:22-cv-09302-NSR
> Our File: 129.041

Dear Judge Roman:

As you are aware, this office represents the Defendants, JESSE CLUNE, ANDREW HANIUK, DANIEL MIOGLIONICO, MATTHEW BISLAND and ROBERT KRENTZ in this matter.

On September 29, 2023, the parties appeared before Magistrate Judge McCarthy, at which time an extension of the discovery deadlines was granted. The deadline to complete all discovery is now February 29, 2024.

In light of the extension of the discovery deadline, it is requested that the November 29, 2023 appearance before Your Honor be adjourned until sometime after the completion of discovery.

Thank you for the Court's attention to this matter.

Very truly yours,

SCHWAB & GASPARINI, PLLC

By: _____
MICHAEL G. DEL VECCHIO

**In light of the extension of the discovery deadlines, the request to adjourn the Status Teleconf. from Nov. 29, 2023 until Mar. 19, 2024 at 10:00 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 32 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 48.**
Dated: White Plains, NY
October 17, 2023

SO ORDERED:
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

www.schwabgasparini.com
ALBANY | SYRACUSE | WHITE PLAINS | HUDSON VALLEY

              Partner

MGD/dam

cc:  **Via Email to: jgoldman@sussman.law**
   SUSSMAN AND ASSOCIATES
   *Attn: Jonathan R. Goldman, Esq.*
   1 Railroad Avenue, Suite 3
   P.O. Box 1005
   Goshen, New York 10924