# SUSSMAN & GOLDMAN

## ~Attorneys at Law~

1 Railroad Avenue, Suite 3, P.O. Box 1005, Goshen, New York 10924
**(845) 294-3991 [Tel]**
**(845) 294-1623 [Fax]**
**info@susman.law**

**Michael H. Sussman**
**Jonathan R. Goldman**

**Of Counsel**
**Christopher D. Watkins**
**Mary Jo Whateley**

**VIA ECF**

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __06/04/2024__ |

June 3, 2024

Hon. Nelson S. Roman, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Parker v. City of Port Jervis, et al.*
         No. 22-cv-09302 (NSR)(JCM)

Dear Judge Roman,

   This office represents the plaintiff in the above-referenced matter. On consent of opposing counsel, I write to respectfully request an extension of the present remaining briefing schedule with respect to defendants' summary judgment motion. Plaintiff's opposition papers are presently due June 6, 2024 with defendants' reply due by June 18, 2024. We respectfully request that the deadline for plaintiff's opposition be extended to and including July 3, 2024, with defendant's reply due by July 18, 2024. The reason for this request is that the press of other matters has delayed my ability to complete our response by the present due date, and the extent of the extension requested accounts for counsels' respective schedules over the coming weeks, including planned vacations. We thank the Court for its consideration of this request.

Respectfully submitted,

Jonathan R. Goldman

cc:      All counsel of record (by ECF)

**The Court GRANTS the consented-to extension. The new briefing schedule is as follows: (1) Plaintiff's opposition papers are to be served (not filed) on July 3, 2024; and (2) Defendants' reply papers are to be served on July 18, 2024. All motion papers are to be filed by the parties on the reply date, July 18, 2024. The Clerk of Court is kindly directed to terminate the motion at ECF No. 54.**

SO ORDERED:

**Dated: June 4, 2024**
**White Plains, NY**

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED