# SUSSMAN & GOLDMAN
## ~Attorneys at Law~

1 Railroad Avenue, Suite 3, P.O. Box 1005, Goshen, New York 10924

**Michael H. Sussman**
**Jonathan R. Goldman**

**(845) 294-3991 [Tel]**
**(845) 294-1623 [Fax]**
**info@susman.law**

**Of Counsel**
**Christopher D. Watkins**
**Mary Jo Whateley**

MEMO ENDORSED

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  07/02/2024

**VIA ECF**

June 26, 2024

Hon. Nelson S. Roman, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:   *Parker v. City of Port Jervis, et al.*
>       No. 22-cv-09302 (NSR)(JCM)

Dear Judge Roman,

This office represents the plaintiff in the above-referenced matter. On behalf of counsel for all parties, I respectfully submit this joint letter request for a further extension of the summary judgment briefing schedule. Plaintiff's opposition is presently due to be served on July 3, 2024, with defendants' reply served and all papers filed on July 18, 2024. We respectfully request that these dates by extended so that plaintiff's opposition would be served on July 19, 2024, with defendants' reply served and all papers filed on August 2, 2024. This extension is necessitated by counsels' respective work and vacation schedules. This is the parties' second request for an extension, their first request having been granted.

We thank the Court for its consideration of this request.

Respectfully submitted,

Jonathan R. Goldman

cc:   All counsel of record (by ECF)

**The Court GRANTS the jointly requested extension. The new briefing schedule is as follows: (1) Plaintiff's opposition papers are to be served (not filed) on July 19, 2024; and (2) Defendants' reply papers are to be served on August 2, 2024. All motion papers are to be filed by the parties on the reply date, August 2, 2024. The Clerk of Court is kindly directed to terminate the motion at ECF No. 56.**

**Dated: July 2, 2024**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge