Case 7:22-cv-09302-NSR-JCM    Document 67    Filed 09/10/24    Page 1 of 2

**MEMO ENDORSED**

# schwab gasparini
ATTORNEYS AND COUNSELORS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/12/2024__

222 Bloomingdale Road
Suite 200
White Plains, NY 10605
P: (914) 304-4353
F: (914) 304-4378
www.schwabgasparini.com

Michael G. Del Vecchio, Esq.
Partner
mdelvecchio@schwabgasparini.com

September 10, 2024

<u>Via ECF and Email RomanNYSDChambers@nysd.uscourts.gov</u>
Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

      Re:  Kimberly Parker, as Administratrix of the Estate of
           Charles Joseph Parker, Jr. v. City of Port Jervis, et al.
           Docket No.: 7:22-cv-09302-NSR
           Our File:    129.041

Dear Judge Roman:

      As you are aware, this office represents the Defendants, JESSE CLUNE, ANDREW HANIUK, DANIEL MIOGLIONICO, MATTHEW BISLAND and ROBERT KRENTZ in this matter.

      I am writing in furtherance of plaintiff's counsel's letter of August 17, 2024 (Dkt. 66), which informed the Court that this matter has been settled in principle, pending approval by the Orange County Surrogate's Court.

      In light of the settlement, it is respectfully requested that the Defendants' Motion for Summary Judgment be deemed withdrawn without prejudice while we await Surrogate's Court action.

      Thank you for the Court's attention to this matter.

      Very truly yours,

      SCHWAB & GASPARINI, PLLC

      By: _____
           MICHAEL G. DEL VECCHIO
           Partner

MGD/ms

**In light of the parties reaching a resolution, Defts' request to withdraw their Motion for Summary Judgment is GRANTED without objection by the Pltf. Clerk of Court is requested to terminate the motion at ECF No. 60.**
**Dated: September 12, 2024**
     **White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

www.schwabgasparini.com
ALBANY | SYRACUSE | WHITE PLAINS | HUDSON VALLEY